**Christopher V. GUYTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66177.**

Missouri Court of Appeals, Western District.

June 26, 2007.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, PAUL M. SPINDEN, Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM.

Christopher V. Guyton appeals the denial after an evidentiary hearing of his Rule 29.15 motion for ineffective assistance of counsel. After a thorough review of the record, we find that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).